UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEMAR S. RHOME, | CASE NO. 2:25-CV-2176-BJR-DWC |
| Petitioner, | |
| v. | ORDER DENYING MOTION FOR IMMEDIATE RELEASE |
| EDDIE REETZ, | |
| Respondent. | |

Petitioner Demar Rhome, proceeding *pro se* and *in forma pauperis*, has filed a proposed petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkts. 1, 4, 6. Currently pending before the Court is Petitioner's Motion for Immediate Release. Dkt. 9. On November 10, 2025, the Court, after reviewing the petition, directed Petitioner to file an amended petition that cured deficiencies in the petition. Dkt. 8. Specifically, the Court directed Petitioner to file an amended petition on the correct form and to show cause why the petition should not be dismissed as successive. *Id*. Petitioner has not yet responded to the Court's Order.

Petitioner now requests the Court order his immediate release, which is the ultimate relief requested in this case. Dkt. 9. At this time, Petitioner has not filed a viable petition. Further, the

Court has not directed the respondent to respond the petition. As Petitioner has not filed a viable petition, neither the respondent, nor the Court, has had an opportunity to properly consider the petition or the relief requested in the petition. The Court will make a determination on the merits of Petitioner's amended petition, if filed, and subsequent briefing, not on a motion requesting relief. Therefore, Petitioner's request for relief is premature and duplicative. Accordingly, the Court Petitioner's Motion for Immediate Relief (Dkt. 9) is denied.

Additionally, on November 25, 2025, the Clerk's Office docketed a Motion to Vacate Sentence, which Petitioner submitted as a proposed motion on November 5, 2025. Dkt. 11; *see also* Dkt. 4-1. The Court previously struck this motion. Dkt. 8. Therefore, consistent with the Court's previous Order (Dkt. 8), the Clerk's Office is directed to strike the Motion to Vacate Sentence (Dkt. 11).

Petitioner is directed to refrain from filing motions requesting the Court dismiss his underlying charges or release him.

Dated this 26th day of November, 2025.

David W. Christel
United States Magistrate Judge