# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TACOMA

|  |  |
|---|---|
| **DEMAR S. RHOME,**<br><br>**Petitioner,**<br><br>v.<br><br>**Eddie Reetz.**<br><br>**Respondent.** | **Civil Action No. 2:25-CV-2176-BJR-DWC**<br><br>**ORDER ADOPTING THE REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, the record of the case, and no objections to the Report and Recommendation having been filed, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   Petitioner's federal habeas Petition is dismissed without prejudice.

(3)   A certificate of appealability is denied in this case.

(4)   The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

Dated this 20th day of February 2026.

Barbara Jacobs Rothstein
U.S. District Court Judge